CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

July 18, 2024

LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THAD GILBERT COOPER, | Civil Action No. 7:23cv00324 |
| Plaintiff, | |
| v. | **MEMORANDUM OPINION** |
| DR. B. MULLINS, | By: Hon. Thomas T. Cullen |
| | United States District Judge |
| Defendant. | |

Plaintiff Thad Gilbert Cooper, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. On June 14, 2024, the defendant filed a motion for summary judgment, and on the same day, the court issued a notice pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 2005). (*See* ECF Nos. 33 & 35.) The *Roseboro* notice gave Cooper 21 days to file a response to the motion to dismiss and advised him that, if he did not respond to the defendants' motion, the court would "assume that [he] has lost interest in the case, and/or that [he] agrees with what the Defendant[s] state[] in their responsive pleading(s)." (*See* ECF No. 35.) The notice further advised Cooper that, if he wished to continue with the case, it was "necessary that [he] respond in an appropriate fashion," and that if he failed to file a response to the motion within the time allotted, the court "may dismiss the case for failure to prosecute." (*Id.*)

To date, Cooper has not responded to the defendant's motion for summary judgment or the court's notice and, therefore, the court will dismiss this action without prejudice for failure to prosecute.

The Clerk shall send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 18th day of July, 2024.

>*/s/ Thomas T. Cullen*
> HON. THOMAS T. CULLEN
> UNITED STATES DISTRICT JUDGE